IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 21-CR-30148-8-DWD |
| | ) | |
| NYESHIA ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION TO WITHDRAW

**DUGAN, District Judge:**

On September 22, 2021, Defendant Nyeshia Anderson was indicted for conspiracy to distribute methamphetamine (Doc. 1). Defendant was found indigent and CJA Panel Attorney Eugene O. Howard was appointed (Doc. 109). Attorney Howard entered his appearance as defense counsel on December 21, 2021 (Doc. 110). Defendant entered a not guilty plea on January 3, 2022 (Doc. 113). Jury trial is currently scheduled to commence on July 11, 2022 (Doc. 137).

On May 3, 2022, Attorney Howard moved for a hearing on the status of appointed counsel (Doc. 138). A hearing was held on June 2, 2022 (Doc. 146). After hearing statements from both Attorney Howard and Defendant Anderson, the Court construes the substance of the motion for hearing as a Motion to Withdraw. The Court **FINDS** that the attorney-client relationship between Attorney Howard and Defendant is irrevocably broken due to a total breakdown in communication, and the appointment of new counsel for Defendant is warranted. Attorney Howard's Motion to Withdraw (Doc. 138) is

1

**GRANTED**, and Attorney Howard is **RELIEVED** from his service in this matter. The Court hereby **APPOINTS** CJA Panel Attorney Joslyn Sandifer of Sandifer & Associates Attorneys at Law, LLC, 7008 West Main St., Belleville, IL 62223, to represent Defendant Nyeshia Anderson.

Jury trial remains set for July 11, 2022, but the Court understands that newly entering counsel may need additional time to review the case and meet with her client. Finally, the Court reminds Defendant Anderson that it is in her best interest to cooperate and respond to communications from her appointed counsel. Any indication to the contrary will not be tolerated by the Court.

**SO ORDERED.**

Dated: June 3, 2022

/s *David W. Dugan*

---

DAVID W. DUGAN
United States District Judge